# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

JENNIFER D. ARAOZ,

                Plaintiff,

-- against --

THE NEW ALBANY COMPANY LLC,
LESLIE H. WEXNER,
ABIGAIL S. WEXNER as former President & Director
of THE YLK CHARITABLE FUND,
THE YLK CHARITABLE FUND,
THE WEXNER FAMILY CHARITABLE FUND,
and WEXNER FOUNDATION,

                Defendants.

**SUMMONS WITH NOTICE**

*Index No.:*

*Date Index No Purchased:*
August 14, 2021

*Plaintiff designates:*
Queens County as the place of trial

*The basis of venue is:*
Plaintiff is a resident of Queens
County at time of commencement
(CPLR §503(a))

**Child Victims Act Proceeding
22 NYCRR 202.72**

**TO THE ABOVE-NAMED DEFENDANTS:**

     **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or if the complaint is not served with this summons, to serve a notice of appearance on plaintiff within twenty (20) days after the service of this summons, exclusive of the date of service, or within thirty (30) days after service is complete if the summons is not delivered personally to you within the State of New York.

     **YOU ARE HEREBY NOTIFIED THAT** should you fail to answer or appear, a judgment will be entered against you by default for the relief demanded in the notice set forth below.

Dated: Queens, New York
       August 14, 2021

                                                             Jennifer D. Araoz
                                                            78-16 81st Street
                                                            Glendale, NY 11385
                                                            (347) 549-9109

To the Defendants:

The New Albany Company
8000 Walton Parkway, Suite 120
New Albany, OH 43054

Leslie H. Wexner
One Whitebarn Road
New Albany, OH 43054

The YLK Charitable Fund
c/o Abigail S. Wexner
One Whitebarn Road
New Albany, OH 43054

The Wexner Family Charitable Fund
8000 Walton Parkway, Suite 100
New Albany, OH 43054

The Wexner Foundation
8000 Walton Parkway, Suite 110
New Albany, OH 43054

Notice:

The nature of this action is: Civil claims filed under New York's Child Victims Act, CPLR § 214-g, alleging, upon information and belief, intentional or negligent acts or omissions for physical, psychological, and/or other injuries or conditions suffered by plaintiff as a result of conduct perpetrated against her at the premises owned and/or controlled by defendant Leslie H. Wexner, located at 9 East 71st Street, New York, NY 10021, from 2001-2002, when plaintiff was under the age of 18 that constitute sexual offenses as defined in Article One Hundred Thirty ("§ 130") of the New York Penal Law ("NYPL").

Specifically, such causes of action include, upon information and belief: (1) Aiding and abetting physical, psychological, and/or other injuries or conditions suffered by plaintiff as a result of conduct perpetrated against her in violation of NYPL §§ 130.20, 130.25, 130.35, 130.52, 130.65 and/or 130.67; (2) intentional acts or omissions for physical, psychological, and/or other injuries or conditions suffered by plaintiff as a result of conduct perpetrated against her in violation of NYPL §§ 130.20, 130.25, 130.35, 130.52, 130.65 and/or 130.67; (3) negligent acts or omissions for physical, psychological, and/or other injuries or conditions suffered by plaintiff as a result of conduct perpetrated against her in violation of NYPL §§ 130.20, 130.25, 130.35, 130.52, 130.65 and/or 130.6; (4) negligent security resulting in violations of §§ 130.20, 130.25, 130.35, 130.52, 130.65 and/or 130.67; (5) fraudulent conveyance; and/or (6) fraudulent concealment.

The relief sought is: Monetary damages in an amount to be proven at trial, but not less than ten million dollars ($10,000,000.00).

Should defendants fail to appear herein or demand a complaint, judgment will be entered by default for the sum of ten million dollars ($10,000,000.00) with interest from the date of November 1, 2002, and the costs of this action.

Venue:

Plaintiff designates Queens County as the place of trial. The basis of this designation is plaintiff's residence in Queens County.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

JENNIFER D. ARAOZ,

               Plaintiff,

-- against --

THE NEW ALBANY COMPANY LLC,
LESLIE H. WEXNER,
ABIGAIL S. WEXNER as former President & Director
of THE YLK CHARITABLE FUND,
THE YLK CHARITABLE FUND,
THE WEXNER FAMILY CHARITABLE FUND,
and WEXNER FOUNDATION,

               Defendants.

**SUMMONS WITH NOTICE**

*Index No.:*

*Date Index No Purchased:*
August 14, 2021

*Plaintiff designates:*
Queens County as the place of trial

*The basis of venue is:*
Plaintiff is a resident of Queens County at time of commencement (CPLR §503(a))

**Child Victims Act Proceeding
22 NYCRR 202.72**

---

**SUMMONS WITH NOTICE**

---

_Jennifer Araoz_ (signature)
Jennifer D. Araoz
78-16 81st Street
Glendale, NY 11385
(347) 549-9109

 

# NYSCEF - Queens County Supreme Court
## Confirmation Notice

The NYSCEF website has received an electronic filing on 08/14/2021 11:20 PM. Please keep this notice as a confirmation of this filing.

**400298/2021**
**Jennifer D Araoz v. The New Albany Company LLC et al**
**Assigned Judge: None Recorded**

## Documents Received on 08/14/2021 11:20 PM

| Doc # | Document Type |
|---|---|
| 1 | SUMMONS WITH NOTICE |

## Filing User

Jennifer D Araoz | jenniferaraoz7887@gmail.com
7816 81st Street, Glendale, NY 11385

## E-mail Notifications

An email regarding this filing has been sent to the following on 08/14/2021 11:20 PM:

Jennifer D. Araoz - jenniferaraoz7887@gmail.com

Audrey I. Pheffer, Queens County Clerk and Clerk of the Supreme Court - apheffer@nycourts.gov
Phone: 718-298-0173, 718-298-0601    Website: https://www.nycourts.gov/COURTS/11jd/queensclerk

**NYSCEF Resource Center, nyscef@nycourts.gov**
Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 1 of 2




# NYSCEF - Queens County Supreme Court
## Confirmation Notice

**400298/2021**
Jennifer D Araoz v. The New Albany Company LLC et al
Assigned Judge: None Recorded

**Email Notifications NOT Sent**

| Role | Party | Attorney |
|---|---|---|
| Respondent | The New Albany Company LLC | No consent on record. |
| Respondent | Leslie H. Wexner | No consent on record. |
| Respondent | Abigail S. Wexner as former President & Director of The | No consent on record. |
| Respondent | The YLK Charitable Fund | No consent on record. |
| Respondent | The Wexner Family Charitable Fund | No consent on record. |
| Respondent | The Wexner Foundation | No consent on record. |

* Court rules require hard copy service upon non-participating parties and attorneys who have opted-out or declined consent.

Audrey I. Pheffer, Queens County Clerk and Clerk of the Supreme Court - apheffer@nycourts.gov
Phone: 718-298-0173, 718-298-0601     Website: https://www.nycourts.gov/COURTS/11jd/queensclerk

**NYSCEF Resource Center, nyscef@nycourts.gov**
Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 2 of 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------------------x
JENNIFER D. ARAOZ,

                Plaintiff,

- against –

                                                  Index No. 400298/2021

THE NEW ALBANY COMPANY LLC,
LESLIE H. WEXNER,
ABIGAIL S. WEXNER as former President & Director
of the YLK CHARITABLE FUND,
THE YLK CHARITABLE FUND,
THE WEXNER FAMILY CHARITABLE FUND,
and WEXNER FOUNDATION,

                Defendants.
-----------------------------------------------------------------------x

## NOTICE OF ELECTRONIC FILING
**(Mandatory Case)**
(Uniform Rule § 202.5-bb)

**You have received this Notice because**:

    1) The Plaintiff, whose name is listed above, have filed this case using the New York State Courts E-filing system ("NYSCEF"), and

    2) You are a Defendant (a party) in this case.

- **<u>If you are represented by an attorney</u>:**
Give this Notice to your attorney. (<u>Attorneys</u>: see "Information for Attorneys" pg. 2).

- **<u>If you are not represented by an attorney</u>:**
**You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.**

**<u>If</u> you choose to participate in e-filing, you <u>must</u> have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.**

The **benefits of participating in e-filing** include:

- serving and filing your documents electronically

- free access to view and print your e-filed documents

- limiting your number of trips to the courthouse

Page 1 of 2

- paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: www.nycourts.gov/efile-unrepresented or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

To find legal information to help you represent yourself visit www.nycourthelp.gov

**Information for Attorneys**
**(E-filing is Mandatory for Attorneys)**

An attorney representing a party who is served with this notice must either:

1) immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile ; or

2) file the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: 12/9/2021

/s/ Robert J. Hantman, Esq.
Name

HANTMAN & ASSOCIATES
Firm Name

1120 6th Avenue    York,
New York 10036
Address

(212) 684-3933
Phone

rhantman@hantmanlaw.com
E-Mail

To:  All Named Defendants

Page 2 of 2