# EXHIBIT C

# AFFIDAVIT OF PROCESS SERVER

**(NAME OF COURT)** Supreme Court of New York Co. of Queens

**CASE #** 400298/2021

**PLAINTIFF/** Jennifer Araoz

VS.

**DEFENDANT/** Leslie N. Wexner, The New Albany Co. LLC Et Al

I, Rev. Tony Hodge, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Leslie Wexner Def.
**NAME OF PERSON/ENTITY BEING SERVED**

**With (list documents)** Summons with notice, Confirmation notice, Elec. Filing Notice

**By leaving with** Jason / Security Supervisor
**NAME** / **RELATIONSHIP**

[X] Residence 4155 Ritzmiller Rd. New Albany, OH 43054
**ADDRESS** **CITY/STATE**

[ ] Business _____ _____
**ADDRESS** **CITY/STATE**

On 12-9-21 At 4:25 pm
**DATE** **TIME**

Thereafter copies of the documents were mailed by prepaid, first class mail on 12-10-21
**DATE**

From Col, Oh. 43205
**CITY** **STATE** **ZIP**

Active Military [ ] YES [ ] NO
Marital Status [ ] [ ]

**Manner of Service:**
[ ] Personal: By personally delivering copies to the person being served.
[X] Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ____ and explaining the general nature of the papers.
[ ] Substituted at Business: By leaving, during office hours, copies at the office of the person/entity be served with the person apparently I charge thereof.
[ ] Posting: By posting copies in a conspicuous manner to the up front door of the person/entity be served.
[ ] Non-Service: After due search, carefully inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity served because of the following reason (s):
[ ] Unknown at address [ ] Moved, Left no Forwarding [ ] Service Cancelled by Litigant [ ] Unable the Serve in timely fashion [ ] Address does not exist [ ] Other _____

Service Attempts: Service: (1)____ (2)____ (3)____
**DATE TIME** **DATE TIME** **DATE TIME**
(4)____ (5)____ (6)____
**DATE TIME** **DATE TIME** **DATE TIME**

Rev. Tony Hodge
Signature of Process Server

SUBSCRIBED AND SWORN to before me this 10 day of Dec, 2021.

Carolann E Ellingsen
Notary Public

[Seal: CAROLANN E ELLINGSEN - NOTARY PUBLIC - STATE OF OHIO - COMM EXP FEB 21, 2022]

C.O.P.S, Div. of Dr. A. T. Hodge Legal Services/Ltd.
1695 Franklin Ave.     (All Ohio 24/7)
Columbus OH 43205

www.godbrother.com
www.processserviceohio.com
earthtemple.org
Cleveland: (216) 906-9444
Columbus: (614) 231-5595
Fax: (614) 258-8903
Wash. D.C. Toll Free: (877) LAW-TONY
godbrothercom@sbcglobal.net

1 of 1

Page Intentionally Left Blank

# AFFIDAVIT OF PROCESS SERVER

**(NAME OF COURT):** Supreme Ct. of New York Co. of Queens

**CASE #:** 400298/2021

**PLAINTIFF/:** Jennifer D Araoz

VS.

**DEFENDANT/:** Leslie H. Wexner, The New Albany Co. LLC Et Al.

I, Rev. Tony Hodge, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Leslie H. Wexner
NAME OF PERSON/ENTITY BEING SERVED

**With (list documents):** Summons with Notice, Confirmation notice, Elec. Filing Notice

**By leaving with:** Jason / Security Supervisor
NAME / RELATIONSHIP

[X] **Residence:** One Whitebarn Road / New Albany, OH 43054
ADDRESS / CITY/STATE

[ ] **Business:** _____
ADDRESS / CITY/STATE

**On** 12-9-21 **At** 4:25p
DATE / TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on 12-10-21
DATE

**From** Col. / Oh, / 43205
CITY / STATE / ZIP

Active Military [ ] YES [ ] NO
Marital Status [ ] [ ]

**Manner of Service:**
[ ] Personal: By personally delivering copies to the person being served.
[X] Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ____ and explaining the general nature of the papers.
[ ] Substituted at Business: By leaving, during office hours, copies at the office of the person/entity be served with the person apparently I charge thereof.
[ ] Posting: By posting copies in a conspicuous manner to the up front door of the person/entity be served.
[ ] Non-Service: After due search, carefully inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity served because of the following reason (s):
[ ] Unknown at address   [ ] Moved, Left no Forwarding   [ ] Service Cancelled by Litigant   [ ] Unable the Serve in timely fashion   [ ] Address does not exist   [ ] Other _____

Service Attempts: Service: (1)___ DATE ___ TIME  (2)___ DATE ___ TIME  (3)___ DATE ___ TIME
(4)___ DATE ___ TIME  (5)___ DATE ___ TIME  (6)___ DATE ___ TIME

Rev. Tony Hodge
Signature of Process Server

SUBSCRIBED AND SWORN to before me this 10 day of Dec., 2021.

Carolann E Ellingsen
Notary Public

C.O.P.S, Div. of Dr. A. T. Hodge Legal Services/Ltd.
1695 Franklin Ave.            (All Ohio 24/7)
Columbus OH 43205

www.godbrother.com
www.processserviceohio.com
earthtemple.org
Cleveland: (216) 906-9444
Columbus: (614) 231-5595
Fax: (614) 258-8903
Wash. D.C. Toll Free: (877) LAW-TONY
godbrothercom@sbcglobal.net

Page Intentionally Left Blank

# AFFIDAVIT OF PROCESS SERVER

**(NAME OF COURT)** Supreme Ct. of New York, Co. of Queens

**CASE #** 400298/2021

**PLAINTIFF/** Jennifer D. Araoz

VS.

**DEFENDANT/** The New Albany Company LLC et al

I, Rev. Tony Hodge, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served The New Albany Co., LLC
NAME OF PERSON/ENTITY BEING SERVED

**With (list documents)** Summons with Notice, Confirmation Notice, Elec. Filing Notice

**By leaving with** ~~Jason~~ T.H. Teresa W.   **RELATIONSHIP** Asst. Supervisor ~~Title~~ T.H.

[ ] Residence _____ ADDRESS _____ CITY/STATE _____

[x] Business 8000 Walton Parkway, Suite 120   New Albany   OH   43054
ADDRESS                                       CITY/STATE

On 12-9-21   At 4:45pm
DATE          TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on 12-9-21
DATE

From Col.,   Oh.,   43205
CITY   STATE   ZIP

Active Military [ ] YES   [ ] NO
Marital Status [ ]   [ ]

**Manner of Service:**
[ ] Personal: By personally delivering copies to the person being served.
[ ] Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ____ and explaining the general nature of the papers.
[x] Substituted at Business: By leaving, during office hours, copies at the office of the person/entity be served with the person apparently I charge thereof.
[ ] Posting: By posting copies in a conspicuous manner to the up front door of the person/entity be served.
[ ] Non-Service: After due search, carefully inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity served because of the following reason (s):
[ ] Unknown at address   [ ] Moved, Left no Forwarding   [ ] Service Cancelled by Litigant   [ ] Unable the Serve in timely fashion   [ ] Address does not exist   [ ] Other _____

Service Attempts: Service: (1)___ (2)___ (3)___
DATE TIME   DATE TIME   DATE TIME
(4)___ (5)___ (6)___
DATE TIME   DATE TIME   DATE TIME

Rev. Tony Hodge
Signature of Process Server

SUBSCRIBED AND SWORN to before me this 10 day of Dec, 2021.

Carolann E. Ellingsen
Notary Public

C.O.P.S, Div. of Dr. A. T. Hodge Legal Services/Ltd.
1695 Franklin Ave.   (All Ohio 24/7)
Columbus OH 43205

www.godbrother.com
www.processserviceohio.com
earthtemple.org
Cleveland: (216) 906-9444
Columbus: (614) 231-5595
Fax: (614) 258-8903
Wash. D.C. Toll Free: (877) LAW-TONY
godbrothercom@sbcglobal.net

1 of 1

Page Intentionally Left Blank

# AFFIDAVIT OF PROCESS SERVER

**Supreme Ct. of New York Co. of Queens**
(NAME OF COURT)

CASE # 400298/2021

PLAINTIFF/ _____

vs.

DEFENDANT/ **The New Albany Company LLC et al.**
**The YLK Charitable Fund c/o Abagail Wexner**

I, **Rev. Tony Hodge**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served **Def: The YLK Charitable Fund**
NAME OF PERSON/ENTITY BEING SERVED

With (list documents): **Summons with notice, Confirmation notice, Elec. Filing Notice**

By leaving with **Jason** / **Security Supervisor**
NAME / RELATIONSHIP

[ ] Residence _____
ADDRESS / CITY/STATE

[X] Business **One Whitebarn Road New Albany, Ohio 43054**
ADDRESS / CITY/STATE

On **12-9-21** At **4:25 pm**
DATE / TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on **12-10-21**
DATE

From **Col.** **Oh.** **43205**
CITY / STATE / ZIP

Active Military [ ] YES [ ] NO
Marital Status [ ] [ ]

**Manner of Service:**
[ ] Personal: By personally delivering copies to the person being served.
[X] Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ___ and explaining the general nature of the papers.
[X] Substituted at Business: By leaving, during office hours, copies at the office of the person/entity be served with the person apparently I charge thereof.
[ ] Posting: By posting copies in a conspicuous manner to the up front door of the person/entity be served.
[ ] Non-Service: After due search, carefully inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity served because of the following reason (s):
[ ] Unknown at address    [ ] Moved, Left no Forwarding    [ ] Service Cancelled by Litigant    [ ] Unable the Serve in timely fashion    [ ] Address does not exist    [ ] Other _____

Service Attempts: Service: (1)___ DATE ___ TIME  (2)___ DATE ___ TIME  (3)___ DATE ___ TIME
(4)___ DATE ___ TIME  (5)___ DATE ___ TIME  (6)___ DATE ___ TIME

**Rev. Tony Hodge**
Signature of Process Server

SUBSCRIBED AND SWORN to before me this **10** day of **Dec**, 20**21**.

**Carolanne Ellingsen**
Notary Public

[Notary seal: CAROLANNE E ELLINGSEN - NOTARY PUBLIC - STATE OF OHIO]

C.O.P.S, Div. of Dr. A. T. Hodge Legal Services/Ltd.
1695 Franklin Ave.           (All Ohio 24/7)
Columbus OH 43205

www.godbrother.com
www.processserviceohio.com
earthtemple.org
Cleveland: (216) 906-9444
Columbus: (614) 231-5595
Fax: (614) 258-8903
Wash. D.C. Toll Free: (877) LAW-TONY
godbrothercom@sbcglobal.net

Page Intentionally Left Blank

FILED: QUEENS COUNTY CLERK 12/13/2021 10:53 PM          INDEX NO. 400298/2021
NYSCEF DOC. NO. 12    Case 1:22-cv-00125-AMD-RML   Document 1-4   Filed 01/07/22   Page 10 of 14 PageID #: 130    RECEIVED NYSCEF: 12/13/2021

# AFFIDAVIT OF PROCESS SERVER

**NAME OF COURT:** Supreme Court of New York Co. of Queens

**CASE #:** 400298/2021

**PLAINTIFF/:** Jennifer D. Araoz

**VS.**

**DEFENDANT/:** The Wexner Family Charitable Fund, The New Albany Co. LLC et al.

I, Rev. Tony Hodge, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Def. The Wexner Family Charitable Fund
NAME OF PERSON/ENTITY BEING SERVED

**With (list documents):** Summons with Notice, Confirmation notice, Elec. Filing Notice

**By leaving with:** Stacy Glovinski    **RELATIONSHIP:** accountant

[ ] Residence
[X] Business    **ADDRESS:** 8000 Walton Pkwy, Suite 100    **CITY/STATE:** New Albany, OH 43054

**On:** 12-9-21    **At:** 4:45pm

Thereafter copies of the documents were mailed by prepaid, first class mail on **12-10-21**

**From:** Col., Ohio 43205

Active Military [ ] YES  [ ] NO
Marital Status [ ] [ ]

**Manner of Service:**
[ ] Personal: By personally delivering copies to the person being served.
[ ] Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ___ and explaining the general nature of the papers.
[X] Substituted at Business: By leaving, during office hours, copies at the office of the person/entity be served with the person apparently I charge thereof.
[ ] Posting: By posting copies in a conspicuous manner to the up front door of the person/entity be served.
[ ] Non-Service: After due search, carefully inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity served because of the following reason (s):
[ ] Unknown at address    [ ] Moved, Left no Forwarding    [ ] Service Cancelled by Litigant    [ ] Unable the Serve in timely fashion    [ ] Address does not exist    [ ] Other ___

Service Attempts: Service: (1)___ (2)___ (3)___ (4)___ (5)___ (6)___

Signature of Process Server: Rev. Tony Hodge

SUBSCRIBED AND SWORN to before me this 10 day of Dec, 2021.
Carolann E Ellingsen
Notary Public

C.O.P.S, Div. of Dr. A. T. Hodge Legal Services/Ltd.
1695 Franklin Ave.  (All Ohio 24/7)
Columbus OH 43205

www.godbrother.com
www.processserviceohio.com
earthtemple.org
Cleveland: (216) 906-9444
Columbus: (614) 231-5595
Fax: (614) 258-8903
Wash. D.C. Toll Free: (877) LAW-TONY
godbrothercom@sbcglobal.net

Page Intentionally Left Blank

# AFFIDAVIT OF PROCESS SERVER

CASE # 400298/2021

(NAME OF COURT) Supreme Ct. of New York Queens Co.

PLAINTIFF/ Jennifer D. Arroy VS.

DEFENDANT/ The New Albay Co. LLC Et. Al

I, Rev. Tony Hodge, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served Def. The Werner Foundation
NAME OF PERSON/ENTITY BEING SERVED

With (list documents) Summons with Notice, Confirmation Notice, Notice of Elec filing

By leaving with Timothy Quinn / Front Desk Clerk
NAME / RELATIONSHIP

[ ] Residence ADDRESS _____ CITY/STATE _____

[✓] Business 22 N. 4th St. / Col. Ohio 43215
ADDRESS / CITY/STATE

On 12-13-21 At 11:49 AM
DATE / TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on 12-13-21
DATE

From Col. / Ohio / 43205
CITY / STATE / ZIP

Active Military [ ] YES  [ ] NO
Marital Status [ ] [ ]

Manner of Service:
[ ] Personal: By personally delivering copies to the person being served.
[ ] Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ____ and explaining the general nature of the papers.
[✓] Substituted at Business: By leaving, during office hours, copies at the office of the person/entity be served with the person apparently I charge thereof.
[ ] Posting: By posting copies in a conspicuous manner to the up front door of the person/entity be served.
[ ] Non-Service: After due search, carefully inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity served because of the following reason (s):
[ ] Unknown at address   [ ] Moved, Left no Forwarding   [ ] Service Cancelled by Litigant   [ ] Unable the Serve in timely fashion   [ ] Address does not exist   [ ] Other #1/10 at 800 Walton Pky Werner Foundation office

Service Attempts: Service: (1) 12-9-21 4:45p (2) 12-10-21 10:30 AM (3) Closed
DATE TIME / DATE TIME / DATE TIME
(4) 12-11-21 1:45pm (5) _____ (6) _____
DATE TIME / DATE TIME / DATE TIME

Rev. Tony Hodge
Signature of Process Server

SUBSCRIBED AND SWORN to before me this 13 day of Decmb 20 21.

Notary Public

ELMER E GARCIA
Notary Public
State of Ohio
My Comm. Expires
January 28, 2026

C.O.P.S. Div. of Dr. A. T. Hodge Legal Services/Ltd.
1695 Franklin Ave.        (All Ohio 24/7)
Columbus OH 43205

www.godbrother.com
www.processserviceohio.com
earthtemple.org
Cleveland: (216) 906-9444
Columbus: (614) 231-5595
Fax: (614) 258-8903
Wash. D.C. Toll Free: (877) LAW-TONY
godbrothercom@sbcglobal.net



Page Intentionally Left Blank

## AFFIDAVIT OF PROCESS SERVER

Supreme Ct. of New York Co. of Queens
(NAME OF COURT)

CASE # 400298/2021

PLAINTIFF/ _____

VS.

DEFENDANT/ The New Albany Company LLC et al.
The YLK Charitable Fund c/o Abagail Wexner

I, Rev. Tony Hodge, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served Def: The YLK Charitable Fund
NAME OF PERSON/ENTITY BEING SERVED

With (list documents) Summons with notice, Confirmation notice, Elec. Filing Notice

By leaving with Jason / Security Supervisor
           NAME              RELATIONSHIP

[ ] Residence _____
                ADDRESS        CITY/STATE

[X] Business One Whitebarn Road New Albany, Ohio 43054
              ADDRESS              CITY/STATE

On 12-9-21 At 4:25 pm
   DATE         TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on 12-10-21
                                                                              DATE

From Col., Oh., 43205
     CITY  STATE  ZIP

Active Military [ ] YES  [ ] NO
Marital Status [ ]  [ ]

Manner of Service:
[ ] Personal: By personally delivering copies to the person being served.
[X] Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ____ and explaining the general nature of the papers.
[X] Substituted at Business: By leaving, during office hours, copies at the office of the person/entity be served with the person apparently I charge thereof.
[ ] Posting: By posting copies in a conspicuous manner to the up front door of the person/entity be served.
[ ] Non-Service: After due search, carefully inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity served because of the following reason (s):
[ ] Unknown at address    [ ] Moved, Left no Forwarding    [ ] Service Cancelled by Litigant    [ ] Unable the Serve in timely fashion    [ ] Address does not exist    [ ] Other _____

Service Attempts: Service: (1)____ (2)____ (3)____
                          DATE TIME   DATE TIME   DATE TIME
(4)____ (5)____ (6)____
 DATE TIME   DATE TIME   DATE TIME

Rev. Tony Hodge
Signature of Process Server

SUBSCRIBED AND SWORN to before me this 10 day of Dec., 2021.

Carolanne Ellingsen
Notary Public

[Notary Seal: CAROLANNE E ELLINGSEN - NOTARY PUBLIC - STATE OF OHIO]

C.O.P.S, Div. of Dr. A. T. Hodge Legal Services/Ltd.
1695 Franklin Ave.    (All Ohio 24/7)
Columbus OH 43205

www.godbrother.com
www.processserviceohio.com
earthtemple.org
Cleveland: (216) 906-9444
Columbus: (614) 231-5595
Fax: (614) 258-8903
Wash. D.C. Toll Free: (877) LAW-TONY
godbrothercom@sbcglobal.net

1 of 1