# EXHIBIT D

# 400298/2021 - Queens County Supreme Court

iapps.courts.state.ny.us/nyscef/DocumentList

| # | Document | Filed By | Status |
|---|---|---|---|
| 1 | SUMMONS WITH NOTICE | Araoz, J. (Pro Hac / Pro Se) Filed: 08/14/2021 Received: 08/14/2021 | **Processed** Confirmation Notice |
| 2 | ORDER - ADMINISTRATIVE CMO #1 Hon. George J. Silver | Court User Filed: 08/31/2021 Received: 08/31/2021 | **Processed** Confirmation Notice |
| 3 | ORDER - ADMINISTRATIVE CMO #2 Hon. George J. Silver | Court User Filed: 08/31/2021 Received: 08/31/2021 | **Processed** Confirmation Notice |
| 4 | ORDER - ADMINISTRATIVE CONFIDENTIALITY ORDER: Hon. George J. Silver | Court User Filed: 08/31/2021 Received: 08/31/2021 | **Processed** Confirmation Notice |
| 5 | ORDER - AMENDED CONFIDENTIALITY ORDER: CMO #2 Hon. George J. Silver | Court User Filed: 08/31/2021 Received: 08/31/2021 | **Processed** Confirmation Notice |
| 6 | EXHIBIT(S) Exhibit D to CMO #2 Hon. George J. Silver (Standard Combined Demands directed at Plaintiffs) | Court User Filed: 08/31/2021 Received: 08/31/2021 | **Processed** Confirmation Notice |
| 7 | EXHIBIT(S) Exhibit E to CMO #2 Hon. George J. Silver (Standard Combined Demands directed at Defendants) | Court User Filed: 08/31/2021 Received: 08/31/2021 | **Processed** Confirmation Notice |

| # | Document | Filed By | Status |
|---|---|---|---|
| 8 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affidavit of Service - Leslie H. Wexner | Araoz, J. (Pro Hac / Pro Se)<br>Filed: 12/13/2021<br>Received: 12/13/2021 | **Processed**<br>Confirmation Notice |
| 9 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affidavit of Service - Leslie H. Wexner | Araoz, J. (Pro Hac / Pro Se)<br>Filed: 12/13/2021<br>Received: 12/13/2021 | **Processed**<br>Confirmation Notice |
| 10 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affidavit of Service - The New Albany Company LLC | Araoz, J. (Pro Hac / Pro Se)<br>Filed: 12/13/2021<br>Received: 12/13/2021 | **Processed**<br>Confirmation Notice |
| 11 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Abigail S. Wexner, as former President & Director of the YLK Charitable Fund | Araoz, J. (Pro Hac / Pro Se)<br>Filed: 12/13/2021<br>Received: 12/13/2021 | **Processed**<br>Confirmation Notice |
| 12 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affidavit of Service - The Wexner Family Charitable Fund | Araoz, J. (Pro Hac / Pro Se)<br>Filed: 12/13/2021<br>Received: 12/13/2021 | **Processed**<br>Confirmation Notice |
| 13 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affidavit of Service - The Wexner Foundation | Araoz, J. (Pro Hac / Pro Se)<br>Filed: 12/13/2021<br>Received: 12/13/2021 | **Processed**<br>Confirmation Notice |
| 14 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affidavit of Service - The YLK Charitable Fund | Araoz, J. (Pro Hac / Pro Se)<br>Filed: 12/13/2021<br>Received: 12/13/2021 | **Processed**<br>Confirmation Notice |