# EXHIBIT E

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
------------------------------------------------------------x
JENNIFER D. ARAOZ,                                :

       Plaintiff,                             :     Index No. 400298/2021

vs.                                               :     **NOTICE OF FILING OF
                                                          NOTICE OF REMOVAL**

THE NEW ALBANY COMPANY LLC, et al.,               :

       Defendants.                           :
------------------------------------------------------------x

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. § 1446(d), Defendants The New Albany Company, LLC, The YLK Charitable Fund, The Wexner Family Charitable Fund, Leslie H. Wexner, Abigail S. Wexner, as former President & Director of The YLK Charitable Fund, and The Wexner Foundation, removed the above-captioned action to the United States District Court for the Eastern District of New York. Attached hereto as Exhibit 1 is the Notice of Removal and all attachments filed in the District Court.

Dated: New York, New York
       January 7, 2022

                                    Respectfully submitted,

                                    PETRILLO KLEIN & BOXER LLP

                                    By: /s/ Guy Petrillo
                                      Guy Petrillo
                                      Leonid Sandlar
                                      655 Third Avenue, 22nd Floor
                                      New York, New York 10017
                                      Telephone: (212) 370-0330
                                      Facsimile: (315) 873-2015

                                    *Counsel for Defendants*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed with the Court's electronic filing system this seventh day of January, 2022, which will provide notice of the same to the following:

>Jennifer D. Araoz
>78-16 81st Street
>Glendale, NY 11385
>
>*Plaintiff / Pro Se*

>/s/ Guy Petrillo
>*Counsel for Defendants*