IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JENNIFER D. ARAOZ, | : | |
| Plaintiff, | : | Civil Action No. 1:22-cv-00125 |
| vs. | : | |
| THE NEW ALBANY COMPANY LLC, et al., | : | |
| Defendants. | : | |

## CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANT THE NEW ALBANY COMPANY, LLC

Pursuant to Fed. R. Civ. P. 7.1 and the Eastern District of New York Local Rule 7.1.1, undersigned counsel for Defendant The New Albany Company, LLC, hereby submits the following Corporate Disclosure Statement and certifies that The New Albany Company, LLC is not a publicly traded company and has no publicly traded parent company that owns ten percent (10%) or more of its stock.

Respectfully submitted,

/s/ Guy Petrillo
Guy Petrillo
PETRILLO KLEIN & BOXER LLP
655 Third Avenue
22nd Floor
New York, NY 10017
(212) 370-0331
Email: gpetrillo@pkbllp.com

*Counsel for Defendant*
*The New Albany Company, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January seventh, 2022, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ Guy Petrillo
*Counsel for Defendant*
*The New Albany Company, LLC*