UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JENNIFER D. ARAOZ,
                          *Plaintiff*,

        INDEX NO.: 1:22-CV-00125
        (AMD) (RML)

- against –

THE NEW ALBANY COMPANY LLC, et al.

                       *Defendants*,

-----------------------------------------------------------------X

NOTICE OF APPEARANCE

Robert J. Hantman, a member of good standing of the United States District Court Eastern District of New York, hereby enters his appearance as additional counsel on behalf of Plaintiff Jennifer D. Araoz in the above captioned action.

Please serve all pleadings, motions, and the like at the address below.

Dated: February 15, 2022

                                                  By: /s/ Robert J. Hantman
                                                  Robert J. Hantman, Esq.
                                                  1120 Avenue of the Americas, 4th Floor
                                                  New York, NY 10036
                                                  Tel: (212) 684-3933
                                                  rhantman@hantmanlaw.com