**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| JENNIFER D. ARAOZ, | : |
| | : |
| Plaintiff, | : No. 1:22-cv-00125 (AMD) (RML) |
| | : |
| v. | : **STATUS REPORT** |
| | : |
| THE NEW ALBANY COMPANY, LLC, et al., | : |
| | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Per the Court's April 4, 2022 order, the undersigned counsel advises the Court that records have been exchanged and the parties are conferring within the next two weeks, and will provide, if acceptable to the Court, a status report on May 2, 2022.

Respectfully submitted,

| | |
|---|---|
| /s/ Robert J. Hantman | /s/ Marion H. Little, Jr. |
| Robert J. Hantman | Marion H. Little, Jr. (Ohio Bar # 0042679) |
| HANTMAN & ASSOCIATES | Matthew S. Zeiger (Ohio Bar #0075117) |
| 1120 6th Avenue | ZEIGER, TIGGES & LITTLE LLP |
| New York, NY 10036 | 41 S. High St., Suite 3500 |
| Telephone: 212-684-3933 | Columbus, OH 43215-6110 |
| Facsimile: 646-380-3299 | Phone: (614) 365-9900 |
| rhantman@hantmanlaw.com | Fax: (614) 365-7900 |
| | Email: little@litohio.com |
| | zeigerm@litohio.com |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendants* |

770-964:943873