**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| JENNIFER D. ARAOZ, | : |
| | : |
| Plaintiff, | :    No. 1:22-cv-00125 (AMD) (RML) |
| | : |
| v. | :    **STATUS REPORT** |
| | : |
| THE NEW ALBANY COMPANY, LLC, et al., | : |
| | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Per the Court's May 3, 2022 order [Doc. 17], Defendants offer this status report.

Plaintiff has yet to dismiss her action. Defendants therefore request that the Court schedule a status conference to establish a case schedule. As this action was commenced under the Queens County Summons with Notice procedure before being removed to this Court, Plaintiff has yet to comply with NY CPLR § 3012(b) requiring her to file a complaint within 20 days of the Defendants' notice of appearance. As such, among other necessary dates, Defendants ask that the Court set a deadline for Plaintiff to file her complaint which will then allow Defendants to file various motions, including a motion to dismiss for lack of personal jurisdiction as to some or all of the Defendants.

Defendants appreciate the Court's patience and consideration.

                                                    Respectfully submitted,

                                                    /s/ Matthew S. Zeiger
                                                    Marion H. Little, Jr. (Ohio Bar # 0042679)
                                                    Admitted *pro hac vice*
                                                    Matthew S. Zeiger (Ohio Bar #0075117)
                                                    Admitted *pro hac vice*
                                                    ZEIGER, TIGGES & LITTLE LLP
                                                    41 S. High St., Suite 3500
                                                    Columbus, OH 43215-6110
                                                    Phone: (614) 365-9900
                                                    Fax: (614) 365-7900
                                                    Email: little@litohio.com
                                                                 zeigerm@litohio.com

                                                  *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 17, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will which will send a notice of electronic filing to all counsel of record.

/s/ Matthew S. Zeiger
Matthew S. Zeiger (Ohio Bar #0075117)
Admitted *pro hac vice*

947982v1