| | |
|---|---|
| **From:** | Jennifer Araoz <jenniferaraoz7887@gmail.com> |
| **Sent:** | Tuesday, December 14, 2021 4:59 PM |
| **To:** | John W. Zeiger; Marion H. Little |
| **Subject:** | Matter Involving Your Client |

Dear Sirs,

While I am Pro Se (click here for my Summons with Notice), I recently retained a law firm to assist in reaching a resolution of this matter on my behalf and that of my organization to assist survivors of sexual abuse.

I, like most survivors of sexual abuse, can never really be made whole but I sincerely hope that between your firm and Mr. Hantman a fair and reasonable resolution can be reached, out of the public spotlight and without further public filings, court intervention and potential trial.

If you are in agreement, please contact

Robert J. Hantman/Senior Partner
Hantman & Associates
1120 6th Avenue, New York, NY, 10036
Office: (212)-684-3933
Cell: (917)-693-7444
www.hantmanlaw.com<http://www.hantmanlaw.com>
Member of the Bar: NY/NJ/FL

Thank you

Jennifer Araoz

**EXHIBIT B**