## ZEIGER, TIGGES & LITTLE LLP

TELEPHONE: (614) 365-9900
FACSIMILE: (614) 365-7900

ATTORNEYS AT LAW
3500 HUNTINGTON CENTER
41 SOUTH HIGH STREET
COLUMBUS, OHIO 43215

WRITER'S DIRECT NUMBER:
(614) 365-4113

January 24, 2022

**VIA EMAIL**

Robert J. Hantman, Esq.
Hantman & Associates
1120 6th Avenue
New York, NY, 10036

Re:  Jennifer D. Araoz vs. The New Albany Company LLC, et al.
U.S. District Court, Eastern District of New York
Case No. 1:22-cv-00125

Dear Mr. Hantman:

The scheduling order issued by Magistrate Judge Levy imposed certain requirements the parties must satisfy in anticipation of the telephonic conference on February 16. One of those requires the parties to meet and confer on discovery. Please advise whether you intend to enter an appearance in this matter. We do not want to initiate any contact with the Plaintiff if she is represented by counsel. At the same time, we want to ensure we comply with the Court's order and expectations. As such, kindly advise as to whether we should speak directly to you or whether the Plaintiff will continue pro se and we should speak directly to her.

Thank you in advance for your attention to this matter.

Very truly yours,

Marion H. Little, Jr.

MHL:tlt:770-964:935002

**EXHIBIT E**