### ZEIGER, TIGGES & LITTLE LLP

TELEPHONE: (614) 365-9900
FACSIMILE: (614) 365-7900

**ATTORNEYS AT LAW**
3500 HUNTINGTON CENTER
41 SOUTH HIGH STREET
COLUMBUS, OHIO 43215

WRITER'S DIRECT NUMBER:

(614) 365-4113

February 1, 2022

**VIA EMAIL**

Robert J. Hantman, Esq.
Hantman & Associates
1120 6th Avenue
New York, NY, 10036

Re:   Jennifer D. Araoz vs. The New Albany Company LLC, et al.
U.S. District Court, Eastern District of New York
Case No. 1:22-cv-00125

Dear Mr. Hantman:

Given Ms. Araoz's *pro se* status and your prior communications on her behalf, we wrote on January 24 asking whether we should confer with you, or directly with Ms. Araoz, to comply Magistrate Judge Levy's requirements prior to the February 16 teleconference. Pursuant to Magistrate Levy's Order, we are required to meet and confer on discovery by tomorrow, February 2.

In response to our letter, you responded on January 27 asking for Defendants' response to the Summons with Notice (which we previously provided) and asking for the documents confirming what we previously told you—that your client's allegations are without merit.

Once the Court enters an appropriate confidentiality agreement, we will produce the documents confirming there is no viable claim against our clients. In the meantime, we again request that you please let us know whether you will be entering an appearance on behalf of Ms. Araoz. It is important to us that we timely comply with the Court's order and expectations that include working with you or Ms. Araoz in advance of the telephone conference.

Given tomorrow's deadline, we would appreciate a response by tomorrow morning.

Very truly yours,

Marion H. Little, Jr

MHL:tlt:770-964:936144

**EXHIBIT**

**F**