**ZEIGER, TIGGES & LITTLE LLP**

ATTORNEYS AT LAW

3500 HUNTINGTON CENTER
41 SOUTH HIGH STREET
COLUMBUS, OHIO 43215

TELEPHONE: (614) 365-9900
FACSIMILE: (614) 365-7900

WRITER'S DIRECT NUMBER:
(614) 365-9905

May 17, 2022

**VIA EMAIL**

Robert J. Hantman, Esq.
Hantman & Associates
1120 6th Avenue
New York, NY, 10036

   Re: <u>Jennifer D. Araoz vs. The New Albany Company LLC, et al.</u>
      U.S. District Court, Eastern District of New York
      Case No. 1:22-cv-00125

Dear Mr. Hantman:

  Pursuant to Section 2 of the March 25, 2022 Confidentiality Agreement ("Agreement"), Defendants hereby terminate the Agreement effective Monday, May 23, 2022. Please assemble and return to the undersigned, as required by Section 6, all original and unmarked copies of Due Diligence Materials, all documents containing Due Diligence Materials and destroy all other documents, including but not limited to all excerpts, summaries and digests that reveal Due Diligence Materials.

  Please ensure Plaintiff understands she remains subject to the confidentiality obligations of the Agreement.

              Very truly yours,

              Matthew S. Zeiger

cc: Nyall J. Cook, Esq. (via email)
   Marion H. Little, Jr., Esq. (via email)

948038

**EXHIBIT G**