UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JENNIFER D. ARAOZ,
                *Plaintiff*,

- against –

THE NEW ALBANY COMPANY LLC, et al.

                *Defendants*,

-------------------------------------------------------------------X

INDEX NO.: 1:22-CV-00125 (AMD) (RML)

## Stipulation Extending Time To Respond and Reply

Through their respective undersigned counsel, the parties stipulate and agree to extend the respective times to file a response and reply, if any, in regard to Defendants Motion to Disqualify Plaintiff's Counsel. (Doc. No. 28). (the "Motion")

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that:

1. Plaintiff's time to file responsive documents to the Motion is hereby extended to and including September 21, 2022.

2. Defendants' time to file reply documents in relation to the Motion, if any, is hereby extended to and including October 5, 2022.

3. This stipulation may be executed in counterparts and when taken together shall constitute one original document, and any signatures transmitted via facsimile or other electronic means may be deemed an original.

Dated: September 6, 2022

                                                                  By: /s/ Robert J. Hantman

                                                                  Robert J. Hantman, Esq.
                                                                  Hantman & Associates

[www.hantmanlaw.com](www.hantmanlaw.com)
1120 Avenue of the Americas, 4th Floor
New York, NY 10036
Tel: (212) 684-3933
[rhantman@hantmanlaw.com](mailto:rhantman@hantmanlaw.com)
*Counsel for Plaintiff*

/s/ Marion H. Little, Jr.
Marion H. Little, Jr. (Ohio Bar # 0042679) *Admitted pro hac vice*
Matthew S. Zeiger (Ohio Bar #0075117) *Admitted pro hac vice*
ZEIGER, TIGGES & LITTLE LLP
41 S. High St., Suite 3500
Columbus, OH 43215-6110
Phone: (614) 365-9900
Fax: (614) 365-7900
Email: little@litohio.com
*Counsel for Defendants The New Albany Company, LLC, The Wexner Family Charitable Fund, The YLK Charitable Fund, Abigail S. Wexner, The Wexner Foundation, and Leslie H. Wexner*