# HANTMAN & ASSOCIATES

ATTORNEYS AT LAW
1120 Avenue of the Americas
4th Floor
New York, New York 10036
(P) 212-684-3933
(F) 212-465-2192
www.Hantmanlaw.com

**ROBERT J. HANTMAN**
rhantman@hantmanlaw.com
New York, New Jersey, & Florida Bars

December 13, 2022

**<u>VIA ECF</u>**

Hon. Ann M. Donnelly
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, New York 11201

  Re: <u>Jennifer D. Araoz vs. The New Albany Company LLC, et al.</u>
    U.S. District Court, Eastern District of New York
    Case No. 1:22-cv-00125

Dear Judge Donnelly,

  As your Honor is likely be aware, Magistrate Judge Robert M. Levy issued an Order on November 21, 2022, resolving Defendants' motion to disqualify Plaintiff's undersigned counsel in Plaintiff's favor. (Docket No. 32). Therefore, and as discussed at the September 7, 2022 status conference, we are hereby requesting a briefing schedule to file an amended complaint which we believe we rectify the deficiencies in the pleadings that your Honor brought to our attention. Once our amended complaint is filed, we would be ready to proceed with opposing Defendant's anticipated motion to dismiss.

              Sincerely,

              <u>/s/ *Robert J. Hantman, Esq.*</u>

| FLORIDA | NEW JERSEY | FLORIDA |
|---|---|---|
| HANTMAN & ASSOCIATES | JOSEPH J. FERRARA | ENTIN & DELLA FERA, P.A. |
| 650 WEST AVENUE | OF COUNSEL | OF COUNSEL |
| SUITE 2408 | 111 PATERSON AVENUE | 110 SE 6TH ST., SUITE 1970 |
| MIAMI BEACH, FL 33139 | HOBOKEN, NJ 07030 | FORT LAUDERDALE, FL 33301 |

PLEASE SEND ALL CORRESPONDENCE TO THE NEW YORK, NY ADDRESS LISTED ABOVE.