## ZEIGER, TIGGES & LITTLE LLP

TELEPHONE: (614) 365-9900
FACSIMILE: (614) 365-7900

ATTORNEYS AT LAW
3500 HUNTINGTON CENTER
41 SOUTH HIGH STREET
COLUMBUS, OHIO 43215

WRITER'S DIRECT NUMBER:

(614) 365-4113
little@litohio.com

December 16, 2022

**SUBMITTED VIA ECF**

Honorable Ann M. Donnelly
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, NY 11201

        Re:    Jennifer D. Araoz vs. The New Albany Company LLC, et al.
                Case No. 1:22-cv-00125

Dear Judge Donnelly:

      We are in receipt of Plaintiff's request for a status conference to establish a briefing schedule for the filing of an amended complaint. We suggest that a status conference is not necessary at this point. We believe the Court's intention was for the Plaintiff to file an amended complaint if Plaintiff and her counsel elected to proceed with this case. We have no opposition to the filing of an amended complaint. We request only that the amended complaint be filed with all due haste and no further delays.

      We could then proceed, as the Court prefers, with either a pre-motion conference or simply the filing of Defendants' Motion to Dismiss.

      We appreciate the Court's attention to this matter.

                              Very truly yours,

                              Marion H. Little, Jr.

cc:    Robert J. Hantman, Esq. (via email)

770-964:970880