**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------x
JENNIFER D. ARAOZ,

       Plaintiff,

       v.

THE NEW ALBANY COMPANY, LLC, et al.,

       Defendants.
------------------------------------x

No. 1:22-cv-00125 (AMD) (RML)

## DEFENDANTS' MOTION TO DISMISS

Defendants The New Albany Company, LLC, The Wexner Family Charitable Fund, The YLK Charitable Fund, Abigail S. Wexner, The Wexner Foundation, and Leslie H. Wexner move this Court for an order dismissing Plaintiff's Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), and 12(b)(6). The basis for this motion is set forth in the attached Memorandum in Support.

Dated: April 17, 2023

                                            Respectfully submitted,

                                            /s/ Marion H. Little, Jr.
                                            Marion H. Little, Jr. (Ohio Bar # 0042679)
                                            *Admitted pro hac vice*
                                            Matthew S. Zeiger (Ohio Bar #0075117)
                                            *Admitted pro hac vice*
                                            ZEIGER, TIGGES & LITTLE LLP
                                            41 S. High St., Suite 3500
                                            Columbus, OH 43215-6110
                                            Phone: (614) 365-9900
                                            Fax: (614) 365-7900
                                            Email: little@litohio.com
                                            *Counsel for Defendants The New Albany*
                                            *Company, LLC, The Wexner Family*
                                            *Charitable Fund, The YLK Charitable Fund,*
                                            *Abigail S. Wexner, The Wexner Foundation,*
                                            *and Leslie H. Wexner*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on April 17, 2023, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                                /s/ Marion H. Little, Jr.
                                                Marion H. Little, Jr. (Ohio Bar # 0042679)

770-964:984739