## AFFIDAVIT OF LESLIE H. WEXNER

STATE OF OHIO           :
                        : ss
COUNTY OF FRANKLIN      :

Leslie H. Wexner, being first duly sworn according to law, deposes and states:

1. My name is Leslie H. Wexner. I am a resident of the State of Ohio and I reside at One Whitebarn Road in New Albany, Ohio.

2. I have always maintained my residence in Ohio, and have resided at my current address since 1992.

3. As an Ohio resident, I pay state of Ohio personal income taxes and hold an Ohio driver's license. I have never held a New York driver's license or a license from any other state than the state of Ohio.

4. Today I am retired. However, my principal business address has always been Ohio. I was the Founder and CEO of LBrands, the holding company for brands such as The Limited, Bath & Body Works, Victoria's Secret, White Barn Candle, and other brands. The LBrands corporate headquarters are located on Morse Road in Columbus Ohio.

5. I did travel in conjunction with my employment. In the fall of 1989, I purchased the property located at 9 East 71st Street in New York City (the "Property") through Nine East 71st Street Corporation, a New York corporation, (the "Corporation").

6. At the time of the Property's purchase, I held 100% of the shares in the Corporation. I also was the sole Director and President of the Corporation.

7. The Property underwent extensive renovations following its purchase. The renovations were not completed until approximately 1992.

**EXHIBIT 7**

8. Ultimately, I sparingly used this home when I was in New York for business. Most of my trips to New York were day trips where I would begin and end my day at my home in Ohio. In addition to my Ohio residence, I also have had homes in a number of locations, including Florida, Colorado, Georgia and the United Kingdom.

9. I married my wife on January 23, 1993. She did not care for the Property for various reasons, and thus we only used the Property for a brief time before vacating it in 1994.

10. After we had our possessions removed from the Property, I never returned to the Property. Again, typically when I would come for a meeting it would be a day trip, returning home to Ohio that evening. When I did stay the evening in New York, I would stay in a hotel along with security personnel assigned by my company.

11. Once we vacated the Property, we then rented the Property to Jeffrey Epstein. On November 11, 1998, we ultimately sold all of my shares in the Corporation to NES LLC ("NES"), a New York limited liability company for $20 million, $10 million cash at closing and $10 million paid to be pursuant to a note that was repaid in full by March 2000.

12. Attached as Exhibit A are the closing statement and proof of payment.

13. I have never had any interest in NES. I did not serve in any corporate capacity for NES.

14. From the sale of my interest in the Corporation on November 11, 1998 to present, I have had no interest, either direct or indirect, in the Property.

15. Also, on November 11, 1998 I also resigned my positions as the sole Director and President of the Corporation. From that point forward, I held no roles whatsoever and had no interest in the Corporation. A true and accurate copy of my resignation is attached as Exhibit B.

16. The 1998 tax return was the last tax return I filed for the Corporation. It reflected me as the owner of the Property until November 11, 1998 and then NES, LLC as the owner of the Property for the balance of the year. A true and accurate copy of the 9 East 71st Street tax return is attached as Exhibit C.

17. Later, I purchased a condominium at 834 Fifth Avenue and in approximately 1999, we completed the renovations. When we visited New York we would stay at the condominium until January of 2011 when it was sold.

18. I have not owned property in New York since January 2011.

19. I do not maintain an office, own a home, or hold any real property in the state of New York.

20. I do not contract to supply goods or services in the state of New York.

21. I do not personally solicit business from New York or derive substantial revenue from goods used or services rendered in the state.

22. I am a very frequent traveler. I travel extensively to and from Florida, Colorado, Ohio and overseas but am rarely in New York.

Further affiant sayeth naught.

_____
Leslie H. Wexner

Sworn to and subscribed before me on this 17 day of April, 2023.

_____
Susan Flaherty
Notary Public

SUSAN FLAHERTY
Notary Public, State of Ohio
My Commission Expires 4/1/2027

3