## SETTLEMENT STATEMENT

### NINE EAST 71ST STREET CORPORATION

SELLER:     LESLIE H. WEXNER

PURCHASER:  NES, LLC

DATE:       November 11, 1998

---

### SELLER'S STATEMENT

**PURCHASE PRICE:**                                                    $20,000,000.00
    (Real Estate -- $19,332,500.00)
    (Personal Property -- $667,500.00)

**ADDITIONS:**
    Prorated 1998
    Real Estate Taxes[1]      $     12,028.24

**TOTAL ADDITIONS:**                                        $     12,028.24

**GROSS AMOUNT**                                             $20,012,028.24

**DEDUCTIONS:**

    Transfer Taxes            P.O.C.
    (New York State - $270,655.00)
    (New York City   - $275,513.13)

    Promissory Note       $10,000,000.00

**TOTAL DEDUCTIONS:**                                    $10,000,000.00

**NET DUE SELLER:**                                      **$10,012,028.24**

EXHIBIT A



PALM BEACH NATIONAL BANK & TRUST COMPANY

48079
63-864/670

REMITTER
JEFFREY EPSTEIN

November 09, 1998
DATE

PAY TO THE ORDER OF
*****LESLIE H. WEXNER*****

$ 10,000,000.00

**Ten Million Dollars and Zero Cents**

DOLLARS

THIS DOCUMENT HAS A MICRO-PRINT SIGNATURE LINE, SIMULATED WATERMARK, AND CHLOROSTAIN-PAPER. ABSENCE OF THESE FEATURES WILL INDICATE A COPY

**CASHIER'S CHECK**

⑈⑈000 48079⑈⑈

---

THIS DOCUMENT HAS A COLORED BACKGROUND, AN ULTRAVIOLET INK FEATURE, AND A SIMULATED WATERMARK ON THE BACK

JEFFREY E. EPSTEIN

PALM BEACH NATIONAL BANK & TRUST COMPANY
PALM BEACH, FLORIDA 33480
63-864/670 02

011757

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 11/10/98 | 011757 | *****$12,028.24 |

TWELVE THOUSAND TWENTY-EIGHT AND 24/100 U.S. DOLLARS

PAY TO THE ORDER OF    LESLIE H. WEXNER

⑈⑈011757⑈⑈

LESLIE H. WEXNER LOAN TO NES, LLC  A/C # 
DATED 11/11/98 - DUE 12/31/99 @ 4.5%  A/C #

| DATE | TRANS AMT | PRIN BAL | DUE DATE | DAYS | INT RATE | ACCD INT | |
|---|---|---|---|---|---|---|---|
| | | | 11-Nov-98 | | | | |
| 11-Nov-98 | 10,000,000.00 | 10,000,000.00 | 01-Jan-99 | 51.00 | 0.045 | 62,876.71 | PD 3/3/00 |
| 01-Jan-99 | | 10,000,000.00 | 01-Feb-99 | 31.00 | 0.045 | 38,219.18 | PD 3/3/00 |
| 01-Feb-99 | | 10,000,000.00 | 01-Mar-99 | 28.00 | 0.045 | 34,520.55 | PD 3/3/00 |
| 01-Mar-99 | | 10,000,000.00 | 01-Apr-99 | 31.00 | 0.045 | 38,219.18 | PD 3/3/00 |
| 01-Apr-99 | | 10,000,000.00 | 01-May-99 | 30.00 | 0.045 | 36,986.30 | PD 3/3/00 |
| 01-May-99 | | 10,000,000.00 | 01-Jun-99 | 31.00 | 0.045 | 38,219.18 | PD 3/3/00 |
| 01-Jun-99 | | 10,000,000.00 | 01-Jul-99 | 30.00 | 0.045 | 36,986.30 | PD 3/3/00 |
| 01-Jul-99 | | 10,000,000.00 | 01-Aug-99 | 31.00 | 0.045 | 38,219.18 | PD 3/3/00 |
| 01-Aug-99 | | 10,000,000.00 | 01-Sep-99 | 31.00 | 0.045 | 38,219.18 | PD 3/3/00 |
| 01-Sep-99 | | 10,000,000.00 | 01-Oct-99 | 30.00 | 0.045 | 36,986.30 | PD 3/3/00 |
| 01-Oct-99 | | 10,000,000.00 | 01-Nov-99 | 31.00 | 0.045 | 38,219.18 | PD 3/3/00 |
| 01-Nov-99 | | 10,000,000.00 | 01-Dec-99 | 30.00 | 0.045 | 36,986.30 | PD 3/3/00 |
| 01-Dec-99 | | 10,000,000.00 | 01-Jan-00 | 31.00 | 0.045 | 38,219.18 | PD 3/3/00 |
| 01-Jan-00 | | 10,000,000.00 | 01-Feb-00 | 31.00 | 0.045 | 38,219.18 | PD 3/3/00 |
| 01-Feb-00 | | 10,000,000.00 | 01-Mar-00 | 29.00 | 0.045 | 35,753.42 | PD 3/3/00 |
| 01-Mar-00 | | 10,000,000.00 | 03-Mar-00 | 2.00 | 0.045 | 2,465.75 | PD 3/3/00 |
| 03-Mar-00 | (10,000,000.00) | 0.00 | | | | | |

| TOTAL | PRIN | 10,000,000.00 PD 3/3/00 | 478.00 | 589,315.07 |
|---|---|---|---|---|
| | INT | 589,315.07 PD 3/3/00 | | |
| | TOTAL | 10,589,315.07 NOTE & INTEREST PAID OFF 3/3/00 | | |