November 11, 1998

Effective as of the date hereof, the undersigned, Leslie H. Wexner, does hereby resign as the sole director, as the President, and from all other offices of Nine East 71st Street Corporation, a New York corporation.

*(signed)* Leslie H. Wexner

**EXHIBIT B**