# HANTMAN & ASSOCIATES
ATTORNEYS AT LAW
1120 Avenue of the Americas
4th Floor
New York, New York 10036
(P) 212-684-3933
(F) 212-465-2192
www.Hantmanlaw.com

**ROBERT J. HANTMAN**
rhantman@hantmanlaw.com
New York, New Jersey, & Florida Bars

January 18, 2024

**VIA ECF**

Honorable Ann M. Donnelly
United States District Court Judge
United States District Court Eastern District of New York
225 Cadman Plaza East - Courtroom 4GN Brooklyn, NY  11201

Re:   <u>Jennifer D. Araoz vs. The New Albany Company LLC, et al.</u>
U.S. District Court, Eastern District of New York - Case No. 1:22-cv-00125

Dear Judge Donnelly:

Plaintiff submits this letter to provide notice of supplemental authority in further support as to the issues raised by Defendant's Motion to Dismiss. [Doc. No. 40] Specifically, please find the following:

- Exhibit A : Order dated 3/20/23 by Judge Rakoff entered in the three cases; *Jane Doe 1 v. Deutsche Bank AG et al*, No. 22-10018; *Jane Doe 1 v. JPMorgan Chase & Co*, No. 22-10019; *Government of the U.S. Virgin Islands v. JPMorgan Chase Bank NA*, No. 22-10904, denying JP Morgan and Deutsche Bank's motion to dismiss against Epstein victims

- Exhibit B : relevant excerpts from Virginia Guiffre's Deposition Transcript unsealed on January 9, 2024 in the action <u>Giuffre v. Maxwell</u>, S.D.N.Y. Case #: 1:15-cv-07433-LAP

- Exhibit C : Opinion in <u>Giuffre v. Prince Andrew</u>, 579 F Supp 3d 429 [SDNY 2022] denying to apply settlement agreement to defendant in that action at pgs. 28-30.

Please do not hesitate to contact the parties should the Court have any questions.

Respectfully Submitted,

 /s/ Robert J. Hantman
Robert J. Hantman, Esq.
*Counsel for Plaintiff*

CC via E-filing:
Marion Little
Terri Thompson

FLORIDA
HANTMAN & ASSOCIATES
650 WEST AVENUE
SUITE 2408
MIAMI BEACH, FL 33139

NEW JERSEY
JOSEPH J. FERRARA
OF COUNSEL
111 PATERSON AVENUE
HOBOKEN, NJ 07030

FLORIDA
ENTIN & DELLA FERA, P.A.
OF COUNSEL
110 SE 6TH ST., SUITE 1970
FORT LAUDERDALE, FL 33301

PLEASE SEND ALL CORRESPONDENCE TO THE NEW YORK, NY ADDRESS LISTED ABOVE.