# **EXHIBIT 2**



POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that I, LESLIE H. WEXNER, residing at 361 North Parkview, City of Bexley, County of Franklin, State of Ohio, do hereby constitute and appoint JEFFREY E. EPSTEIN, with offices at The Villard House, 457 Madison Avenue, New York, New York 10022, my true and lawful attorney-in-fact, for me and in my name, place, and stead, and for my use and benefit:

(1) To grant, transfer and convey any portion or all of any right, title, interest or estate I now or may hereafter have in any real property or personal property, wheresoever located, as my said attorney-in-fact may determine (i) to any trustee under any trust created for my benefit; (ii) to any partnership, corporation, or other business entity in exchange for any interest in said partnership, corporation or other business entity; or (iii) to any person for such consideration as my said attorney-in-fact may determine in exchange for such real or personal property;

(2) To ask, demand, sue for, recover, collect, and receive all sums of money, debts, dues, accounts, legacies, bequests, interest, dividends, and annuities as are now or shall hereafter become due, owing, payable, or belonging to me and have, use, and take all lawful means in my name or otherwise for the recovery thereof, and to compromise and agree to the same and give acquittances or other sufficient discharges for the same;

(3) To make, seal, and deliver, bargain, contract, agree for, purchase, receive, and take lands, tenements, hereditaments and appurtenances and accept the possession of all lands, and all deeds and other assurances, and to lease, let, demise, bargain, sell, remise, release, convey, mortgage and hypothecate lands, tenements, hereditaments and appurtenances upon such terms and conditions and under such covenants as my said attorney-in-fact shall think fit;

(4) To bargain and agree to buy, sell, mortgage, hypothecate, and in any way and every way and manner deal in and with goods, wares, and merchandise, choses in action, and other property, tangible or intangible, and to make, do and transact all and every kind of business of whatsoever nature and kind;

(5) To sign, seal, execute, deliver, endorse, accept and acknowledge such checks, drafts, warrants, agreements, deeds, leases, mortgages, hypothecations, bills of lading, bills, bonds, notes, receipts, evidences of debt, releases and satisfactions of mortgage, judgments and other debts, partnership agreements,

certificates of general or limited partnership, board of director's, shareholder's, officer's or other corporate actions, and such other instruments in writing of whatsoever kind and nature as may be necessary and proper in the premises, and to pay any debts or obligations I may have;

(6)  To incur and pay expenses on my behalf, including but not limited to reasonable attorneys' fees and the like; to employ or engage the services of any person(s) or firm(s) that my said attorney-in-fact may deem desirable to perform services for my benefit; and to pay for such services out of my assets;

(7)  To borrow money with or without personal liability and to secure its repayment by bond and mortgage, security interest, deed of trust, pledge, hypothecation or otherwise;

(8)  To purchase and carry, at my expense, insurance of such kinds, and in such amounts as my said attorney-in-fact deem advisable to protect me and my assets against liabilities and hazards;

(9)  To purchase obligations of the United States of America, including but not limited to obligations which are redeemable at par in payment of federal estate tax liability;

(10)  To execute all consents, elections, agreements, and other instruments necessary to obtain, perfect, compromise or extend any rights under the Internal Revenue Code of 1986, as amended, including without limitation the right to execute and consent which may be required for a corporation to elect Subchapter S status, and to sign federal and state tax returns on my behalf;

(11)  To execute an instrument of disclaimer on my behalf pursuant to the provisions of § 1339.60 of the Ohio Revised Code; and

(12)  To do all the acts, take all the proceedings, and exercise all of the rights, powers, and privileges which I might do, take, or exercise with respect to any of my assets.

GIVING AND GRANTING said attorney-in-fact full power and authority to do and perform every act necessary and proper to be done in the exercise of the foregoing powers as fully as I might or could do if personally present, with full power of substitution or revocation, hereby ratifying and confirming all that my said attorneys-in-fact shall lawfully do or cause to be done by virtue hereof.

The rights and powers granted herein which I invest in my attorneys-in-fact shall be in full force and effect on July 30, 1991, and shall remain in effect until such time as I record with the County Recorder of Franklin County, Ohio, written notice of revocation of such authority. This power of attorney shall not be affected by my disability, incapacity or adjudged incompetency or by lapse of time.

IN WITNESS WHEREOF, I have hereunto signed my name at 2 Limited Parkway, Columbus, Ohio, this 30th day of July ___, 1991.

Signature acknowledged
in the presence of:

_____        _____
Lawrence Newman                         LESLIE H. WEXNER

STATE OF Ohio
COUNTY OF Franklin ss:

BE IT REMEMBERED, that on this 30th day of July ___, 1991, before me the subscriber, a Notary Public in and for said County and State, personally came the above-named LESLIE H. WEXNER who acknowledged the signing of the foregoing Power of Attorney to be his free and voluntary act and deed.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my official seal on the day and year first aforesaid.

_____
NOTARY PUBLIC

SUZANNE E. ALLEN
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES MARCH 5, 1992

This instrument prepared by:
Robert S. Schwartz, Esq.
Schwartz, Kelm, Warren & Rubenstein
41 South High Street
Columbus, Ohio 43215

3833Q

-3-