UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JENNIFER D. ARAOZ,

              Plaintiff,                                  JUDGMENT
                                                        22-CV-0125 (AMD) (RML)
      -against-

THE NEW ALBANY COMPANY, LLC, et al.,

              Defendants.
------------------------------------------------------------ X

        A Memorandum, Decision and Order of the Honorable Ann M. Donnelly, United States District Judge, having been filed on February 29, 2024, granting the defendant's motion to dismiss; it is

        ORDERED and ADJUDGED that the defendant's motion to dismiss is granted.

Dated: Brooklyn, NY                                                   Brenna B. Mahoney
       March 1, 2024                                                 Clerk of Court

                                                                       By: */s/Jalitza Poveda*
                                                                            Deputy Clerk