UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| JENNIFER D. ARAOZ, | Docket No. 22-CV-125 |
| Plaintiff, | (AMD) (RML) |
| | **NOTICE OF APPEAL** |
| -- against -- | |
| THE NEW ALBANY COMPANY, LLC, et. al., | |
| Defendants. | |

-------------------------------------------------------------X

**TO THE ABOVE NAMED PLAINTIFF:**

**PLEASE TAKE NOTICE** that the Plaintiff in the above captioned action hereby appeals to the Second Circuit Court of Appeals from the Judgment in this action entered on March 1, 2024 (ECF Doc. 51) and from the Memorandum Decision and Order entered on February 29, 2024 upon which such Judgment is based (ECF Doc. 50), and that the Plaintiff appeals from each and every part of the aforesaid Judgment and Memorandum Decision and Order.

Dated: New York, NY
March 21, 2024

/s/ Jonathan I. Edelstein
JONATHAN I. EDELSTEIN
EDELSTEIN & GROSSMAN
Appellate Counsel for Plaintiff
501 Fifth Avenue, Suite 514
New York, NY 10017
(212) 871-0571
jonathan.edelstein.2@gmail.com

To: Petrillo Klein & Bozer, LLP
Attorney for Defendants
655 Third Avenue, 22nd Floor
New York, NY 10017
Attn: Guy Petrillo, Esq.

1

Zeiger Turner & Little LLP
Attorney for Defendants
41 S. High Street, Suite 3500
Columbus, OH 43215
Attn:   Marion H. Little, Jr., Esq.
        Matties S. Zeiger, Esq.